IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, LLC,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR LLC,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>C.A. No. 07-449 (JJF) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Karen Jacobs Louden and Richard J. Bauer of the law firm of Morris, Nichols, Arsht & Tunnell LLP for plaintiffs ON Semiconductor Corp. and Semiconductor Components Industries, LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)
klouden@mnat.com
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for plaintiffs ON Semiconductor Corp. and
  Semiconductor Components Industries, LLC.

OF COUNSEL:

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939

July 31, 2007

1089158

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 31, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>John W. Shaw
>Andrew A. Lundgren
>Young, Conaway, Stargatt & Taylor LLP

I also certify that copies were caused to be served on July 31, 2007 upon the following in the manner indicated:

**BY HAND AND EMAIL**

John W. Shaw
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY  10022

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)