# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

July 31, 2007

**BY E-FILING**

Dr. Peter T. Dalleo
Clerk, United States District Court
844 N. King Street
Wilmington, Delaware 19801

      Re:   *ON Semiconductor Corp. v. Samsung Electronics Co. Ltd.*,
             C.A. No. 07-449 (JJF)

Dear Dr. Dalleo:

      As counsel for plaintiffs in this action, we write to inform the Court of a related civil action pending in this Court. This action, which was recently transferred to this Court from the Eastern District of Texas, involves some of the same parties and patents as the action assigned to Magistrate Judge Thynge for all pretrial proceedings pending the appointment of a new district judge, *Samsung Electronics Co. v. ON Semiconductor Corp.*, C.A. No. 06-720 (***).

      Respectfully,

      */s/ Karen Jacobs Louden*

      Karen Jacobs Louden (#2881)
      klouden@mnat.com

cc:   The Honorable Mary Pat Thynge (by hand)
      John Shaw, Esquire (by hand and email)
      James Marina, Esquire (by email)
      John Desmarais, Esquire (by email)
      Behrooz Shariati, Esquire (by email)

1088838