IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ON SEMICONDUCTOR CORPORATION, : 
et al., :
 :
        Plaintiffs, :
 :
  v. : Civil Action No. 07-449 JJF
 :
SAMSUNG ELECTRONICS CO., Ltd., :
et al, :
 :
        Defendants. :

### ORDER SETTING RULE 16(b) CONFERENCE

IT IS HEREBY ORDERED that:

1. A Scheduling Conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Friday, October 5, 2007, at 3:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. If, as of the date of this Order, the Defendants have not yet entered and appearance and/or answered or otherwise pled, it shall be the responsibility of counsel for the Plaintiff to notify the Defendants of this Order.

2. Parties <u>shall use the attached form of order</u> for the purpose of preparing for the conference. A firm Trial date may be set, therefore parties should be prepared to provide the Court with the agreed upon dates and discovery limitations.

3. The parties shall direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

\_\_August 14, 2007\_\_                      /s/ Joseph J. Farnan
     DATE                                         UNITED STATES DISTRICT JUDGE

(**Patent Revised 03/07**)

## **RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties [have exchanged] [will exchange] by <u>(date)</u> the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before <u>   (date)            </u>.

3. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by <u>(date)   </u>.

    (b) Maximum of <u>       </u> interrogatories, including contention interrogatories, for each side.

    (c) Maximum of <u>       </u> requests for admission by each side.

    (d) Maximum of <u>       </u> depositions by plaintiff(s) and <u>       </u> by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a, b and c) is completed.

    (e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by<u> (date)  </u>;

from the defendant(s) by  (date)  .

       (f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties or ordered by the Court.

    4. **Non-Case Dispositive Motions.**

       (a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion.  The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard.  The date selected shall be within 30 days of the filing of the motion and allow or briefing in accordance with the Federal and Local Rules.  Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

       (b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

       (c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov

    5. **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before _____.

    6. **Case Dispositive Motions**.  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before _____,

20___.   Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.  The Court will issue a separate Order regarding procedures for filing summary judgment motions.

      7.   **Markman.**  A Markman Hearing will be scheduled at request of parties.  Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

      8.   **Applications by Motion.**

        (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006 Order on Procedures for Filing Non-dispositive motions in Patent Cases.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.  The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b) No facsimile transmissions will be accepted.

        (c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.**  After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference.  If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____          _____
           DATE                                UNITED STATES DISTRICT JUDGE