IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 07-449-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that John W. Shaw, Esquire, and Andrew A. Lundgren, Esquire, of Young Conaway Stargatt & Taylor LLP hereby enter their appearance on behalf of Defendants in the captioned matter and Allen F. Gardner, Esquire, of Potter Minton PC hereby withdraws his appearance on behalf of Defendants.

                                                                       YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                                       /s/ Andrew A. Lundgren

                                                                       John W. Shaw (No. 3362)
                                                                       Andrew A. Lundgren (No. 4429)
                                                                       The Brandywine Building, 17th Floor
                                                                       1000 West Street
                                                                       Wilmington, DE 19801
                                                                       302-571-6600
                                                                       *alundgren@ycst.com*

Dated: September 4, 2007                                             *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, Esquire, hereby certify that on September 4, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Karen Jacobs Louden, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on September 4, 2007, I caused a copy of the foregoing document to be served by hand delivery.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren

John W. Shaw (No. 3362)
jshaw@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Defendants