IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-449-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James E. Marina, Esquire of Kirkland & Ellis LLP to represent defendants in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, is enclosed with this motion.

                                                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                              /s/ Andrew A. Lundgren

                                                              John W. Shaw (No. 3362)
                                                              Andrew A. Lundgren (No. 4429)
                                                              The Brandywine Building, 17th Floor
                                                              1000 West Street
                                                              Wilmington, DE 19801
                                                              302-571-6600
                                                              *alundgren@ycst.com*

Dated: October 5, 2007                  *Attorneys for Plaintiffs*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, James E. Marina, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
James E. Marina
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022-4675
(212) 446-4800

DATED: October 5, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of October, 2007, that counsel's motion for admission pro hac vice of James E. Marina of Kirkland & Ellis LLP is granted.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on October 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Karen Jacobs Louden, Esquire
>   *klouden@mnat.com*
>   Morris Nichols Arsht & Tunnell
>   1201 North Market Street
>   PO Box 1347
>   Wilmington, DE 19899-1347

I further certify that on October 5, 2007, I caused a copy of the foregoing document to be served by **hand delivery** on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

>   Behrooz Shariati, Esquire
>   *bshariati@jonesday.com*
>   Jones Day
>   2882 Sand Hill Road, Suite 240
>   Menlo Park, CA 94025

### BY E-MAIL

>   T. Gregory Lanier, Esquire
>   *tglanier@jonesday.com*
>   Jones Day
>   2882 Sand Hill Road, Suite 240
>   Menlo Park, CA 94025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
*alundgren@ycst.com*