IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, LLC,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR LLC,<br><br>        Defendants. | )<br>)<br>)<br>)   C.A. No. 07-449 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' ON Semiconductor Corporation and Semiconductor Components Industries, LLC's Initial Disclosure Statement pursuant to Fed. R. Civ. P. 26(a) were caused to be served on October 19, 2007, upon the following counsel in the manner indicated:

| By Hand and Email | By Email |
|---|---|
| John W. Shaw<br>Andrew A. Lundgren<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | John M. Desmarais<br>James E. Marina<br>KIRKLAND & ELLIS<br>153 East 53rd Street<br>New York, NY 10022 |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/* |
| | Karen Jacobs Louden (#2881) |
| | Richard J. Bauer (#4828) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| | (302) 658-9200 |
| OF COUNSEL: | *Attorneys for Plaintiffs ON Semiconductor Corp. and Semiconductor Components Industries, LLC* |

OF COUNSEL:

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939

October 19, 2007
1283023

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 19, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> John W. Shaw
> Andrew A. Lundgren

I also certify that copies were caused to be served on October 19, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

John W. Shaw
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801

### BY EMAIL

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022

Richard J. Bauer (#4828)