IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, LLC, | )<br>)<br>) | |
| | ) | C.A. No.  07-449 (JJF) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO. LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, LLC,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR LLC, | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF DEPOSITION OF KWANG-IL PARK</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendants, ON Semiconductor Corp. and Semiconductor Components Industries,

LLC (collectively "ON Semiconductor"), will take the deposition upon oral examination of

Kwang-il Park, at the offices of Jones Day, 1755 Embarcadero Rd., Palo Alto, California 94303,

beginning at 10:00 a.m. on Tuesday, December 4, 2007, or such other date and time to be agreed

upon by counsel, and continuing from day to day thereafter, excepting weekends and holidays,

unless otherwise agreed by counsel.

PLEASE TAKE FURTHER NOTICE that ON Semiconductor may cause the

proceedings to be recorded by stenographic, sound, real-time transcription, and/or visual means,

as allowed by Rule 30(b)(2), before a notary public or some other officer authorized by law to

administer oaths and take such testimony.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard J. Bauer (#4828)*
Karen Jacobs Louden (#2881)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rbauer@mnat.com
*Attorneys for Plaintiffs ON Semiconductor Corp. and*
*Semiconductor Components Industries, LLC*

OF COUNSEL:

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939

Dated:  November 14, 2007

1313441

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

John W. Shaw
Andrew A. Lundgren

I also certify that copies were caused to be served on November 14, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

John W. Shaw
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE 19899

### BY EMAIL

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022

*/s/ Richard J. Bauer (#4828)*
Richard J. Bauer (#4828)