IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, LLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, LLC,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR LLC,<br><br>          Defendants. | C.A. No. 07-449 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' ON Semiconductor Corporation and Semiconductor Components Industries, LLC's Disclosure of Asserted Claims were caused to be served on November 19, 2007, upon the following counsel in the manner indicated:

**By Hand and Email**

John W. Shaw
Andrew A. Lundgren
YOUNG CONAWAY STARGATT
 & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**By Email**

John M. Desmarais
James E. Marina
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY  10022

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Richard J. Bauer (#4828)* |
|  | Karen Jacobs Louden (#2881) |
|  | Richard J. Bauer (#4828) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
|  | (302) 658-9200 |
|  | klouden@mnat.com |
|  | rbauer@mnat.com |
|  | *Attorneys for Plaintiffs ON Semiconductor Corp. and Semiconductor Components Industries, LLC* |

OF COUNSEL:

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939

November 19, 2007
1318800

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 19, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>John W. Shaw
>Andrew A. Lundgren

I also certify that copies were caused to be served on November 19, 2007 upon the following in the manner indicated:

### **BY HAND AND EMAIL**

>John W. Shaw
>Andrew A. Lundgren
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP
>The Brandywine Building
>1000 West Street
>17th Floor
>Wilmington, DE  19801

### **BY EMAIL**

>John M. Desmarais
>James E. Marina
>KIRKLAND & ELLIS
>153 East 53rd Street
>New York, NY  10022

>*/s/ Richard J. Bauer (#4828)*
>Richard J. Bauer (#4828)