IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C.,<br><br>         Plaintiffs,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-449 (JJF) |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>         Plaintiffs,<br><br>     v.<br><br>ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C.,<br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-720 (JJF) |

## **JOINT STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that this Court's October 5, 2007 Scheduling Order (D.I. 47, C.A. No. 07-449-JJF) is revised as follows:

(a) Exchange and completion of contention interrogatories, identification of fact witnesses, and document production shall be commenced so as to be completed by **April 11, 2008**.

(b) All fact discovery must be commenced so as to be completed by **July 11, 2008**.

(c) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) on issues for which a party bears the burden of proof are due **August 15, 2008**. Rebuttal expert reports are due **September 12, 2008**.

(d) Expert depositions shall be commenced so as to be completed by **October 17, 2008**.

(e) All other dates in the October 5, 2007 Scheduling Order (D.I. 47, C.A. No. 07-449) shall remain the same.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| */s/ Richard J. Bauer* | */s/ Andrew A. Lundgren* |
| Karen Jacobs Louden (#2881)<br>Richard J. Bauer (#4828)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rbauer@mnat.com | John W. Shaw (#3362)<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>(302) 571-6700<br>alundgren@ycst.com |
| *Attorneys for ON Semiconductor Corp. and Semiconductor Components Industries, LLC* | *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, L.L.C.* |

SO ORDERED this _____ day of _____, 2008

_____
Judge Joseph J. Farnan, Jr.

2164717