IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 07-449-JJF |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 06-720-JJF |
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**JOINT STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, given the number of claim terms to be construed and the amount of related evidence, that the page limit shall be extended from the current 40-page limit to a 60-page limit per brief for: (1) each of the parties' opening claim construction briefs (scheduled to be filed on April 14, 2008); and (2) each of the parties' answering claim construction briefs (scheduled to be filed on April 28, 2008).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Richard J. Bauer* | */s/ Karen E. Keller* |
| Karen Jacobs Louden (#2881) <br> Richard J. Bauer (#4828) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rbauer@mnat.com <br><br> *Attorneys for ON Semiconductor Corp. and Semiconductor Components Industries, LLC* | John W. Shaw (#3362) <br> Karen E. Keller (#4489) <br> Andrew A. Lundgren (#4429) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> kkeller@ycst.com <br><br> *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, L.L.C.* |

SO ORDERED this _____ day of _____, 2008

_____
Judge Joseph J. Farnan, Jr.