## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Richard J. Bauer
302 351 9131
302 425 3010 Fax
rbauer@mnat.com

May 13, 2008

Ms. Deborah Krett                                           *VIA ELECTRONIC FILING*
Case Manager
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *ON Semiconductor Corp., et al. v. Samsung Electronics Co., Ltd., et al.*
              C.A. No. 07-449 (JJF)
              *Samsung Electronics Co., Ltd, et al. v. ON Semiconductor Corp., et al.*
              C.A. No. 06-720 (JJF)
              <u>Request For Permission To Have Electronic Equipment In Courtroom 4B</u>

Dear Ms. Krett:

      We are scheduled to appear for a Markman hearing on May 21, 2008 at 2:00 p.m. and request permission to bring laptop computers, a projector and other video presentation equipment into Courtroom 4B to assist in the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshall's policy regarding electronic devices. A proposed Order is attached hereto.

                                                                      Sincerely,

                                                                      Richard J. Bauer (#4828)
                                                                      rbauer@mnat.com

RJB/dlb
Enclosure
cc:    Clerk of Court (Via Hand Delivery; w/ encl.)
       David Thomas, United States Marshal (Via Hand Delivery; w/ encl.)
       Keith Ash, Chief Court Security Officer (Via Hand Delivery; w/ encl.)
       John W. Shaw, Esquire (Via Electronic Mail; w/ encl.)
       Andrew A. Lundgren, Esquire (Via Electronic Mail; w/ encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 06-720 (JJF)<br>C.A. No. 07-449 (JJF) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers, a projector and other video presentation equipment for proceedings commencing on May 21, 2008 at 2:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

    Kenneth R. Adamo
    Behrooz Shariati
    Guadalupe M. Garcia
    Eric Cha
    Cora L. Schmid

_____
DATE

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge

2323914