IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| PERMISSION FOR COUNSEL TO ) | C.A. No. 06-720 (JJF) |
| POSSESS AND UTILIZE A LAPTOP ) | C.A. No. 07-449 (JJF) |
| COMPUTER DURING COURT ) | |
| PROCEEDINGS IN COURTROOM 4B ) | |
| OF THE J. CALEB BOGGS FEDERAL ) | |
| BUILDING ) | |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers, a projector and other video presentation equipment for proceedings commencing on May 21, 2008 at 2:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

> Kenneth R. Adamo
> Behrooz Shariati
> Guadalupe M. Garcia
> Eric Cha
> Cora L. Schmid

_____May 14, 2008_____          _____/s/ Joseph J. Farnan, Jr._____
        DATE                                    JOSEPH J. FARNAN, JR.
                                                United States District Court Judge

2323914