# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

ANDREW A. LUNDGREN
DIRECT DIAL:  302-571-6743
DIRECT FAX:    302-576-3517
alundgren@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

June 5, 2008

**BY HAND DELIVERY AND E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, Delaware 19801

> Re:  *Samsung Electronics Co., Ltd., et al. v. ON Semiconductor Corp., et al.,*
> Civil Action No. 06-720 (JJF)
> *ON Semiconductor Corp., et al. v. Samsung Electronics Co., Ltd., et al.,*
> Civil Action No. 07-449 (JJF)

Dear Judge Farnan:

This letter is in response to ON Semi's June 4, 2008 letter to Your Honor regarding the continued claim construction hearing in the above-captioned case. At the initial claim construction hearing on May 21, 2008, Your Honor instructed the parties to suggest dates in June for a continued hearing with expert witnesses. ON Semi subsequently proposed to Samsung the last two weeks of June for the continued hearing. Samsung explained its two expert witnesses (circuit and process technologies) were not both available in the last two weeks of June, but were available on June 9 and 10th. In the alternative, Samsung suggested the parties consider dates in July to propose to the Court. Instead, ON Semi filed its letter requesting that the Court set a continued claim construction hearing with experts in the last two weeks of June when ON Semi's experts are available (and prepared) and when Samsung's experts are not available.

Samsung respectfully requests that the Court set a date for the continued hearing when both side's experts are available. Samsung's expert on the process technologies, Dr. Bravman— a Stanford University engineering professor—is not available in the last two weeks of June due to prior commitments. Samsung's circuit technology expert, Mr. Joseph McAlexander, has prior commitments that require him to be out of the country from June 20 until the end of the month. Moreover, the last two weeks of June present scheduling issues because of ongoing deposition scheduling, including two witnesses ON Semi offered for deposition in Arizona last night in that same time period. Accordingly, with the Court's permission, Samsung requests the Court permit the parties to schedule the continued claim construction hearing on dates outside of June 2008, preferably after the scheduled close of fact discovery on July 11, 2008.

DB02:6876740.1

065888.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
June 5, 2008
Page 2

Samsung is available at the convenience of the Court should Your Honor have any questions or concerns.

Respectfully submitted,

Andrew A. Lundgren (No. 4429)

AAL

cc:    Karen Jacobs Loudon, Esquire (by e-mail)