IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>   AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>               Plaintiffs,<br>   v.<br><br>ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>   INDUSTRIES, L.L.C.,<br><br>               Defendants. | Civil Action No. 06-720 (JJF) |
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>   INDUSTRIES, L.L.C.,<br><br>               Plaintiffs,<br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>   AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>               Defendants. | Civil Action No. 07-449 (JJF) |

## **NOTICE OF INSPECTION**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 34 of the Federal Rules of Civil

Procedure, Plaintiffs Samsung Electronics Co., Ltd, Samsung Electronics America, Inc.,

Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc., and

Samsung Austin Semiconductor L.L.C., (collectively "Samsung") hereby request that Defendants and Counterclaim Plaintiffs ON Semiconductor, Corp. & Semiconductor Components Industries, L.L.C. (collectively "ON Semiconductor") permit entry upon their facilities at any location identified in response to Samsung's Interrogatory No. 31 for the purpose of inspection regarding the areas enumerated below.

The inspection will commence at 9:00 a.m. on July 10, 2008, or at a mutually agreed upon time and date prior to July 11, 2008. The locations for the inspection cannot be specifically identified until ON Semi discloses the locations where it uses the accused processes in response to Samsung's Interrogatory No. 31. The inspection will continue from day to day thereafter during the hours of 9:00 a.m. to 5:00 p.m., excluding weekends, until completed. The inspection may include the visual observation, testing, operation of, photographing, videotaping, or other use of the accused processes, the equipment used to perform the accused processes, and the products made with those processes, including intermediate process steps and intermediate products. The inspection may also include the creation and removal of wafers from the facilities to be inspected.

## DEFINITIONS AND INSTRUCTIONS

Samsung incorporates by reference the definitions and instructions in Samsung's Third Set of Interrogatories, served on May 21, 2008. In addition, these requests incorporate the following definition:

1.  As used herein, "back end of the line" means the method, process, steps, or any combination thereof used by ON Semiconductor or on its behalf beginning with the first metal deposition step of an Accused ON Semiconductor Process.

## REQUESTS

### Inspection Request No. 1

Permit entry into ON Semiconductor's facilities, and permit any necessary assistance in accessing and operating the equipment, for the purpose of inspecting, measuring, testing, sampling, and imaging the commercial operation of the back end of the line of each Accused ON Semiconductor Process, including each step of the back end of the line of each Accused ON Semiconductor Process and all settings, process recipes, process travelers, and process flows used to perform each Accused ON Semiconductor Process.

### Inspection Request No. 2

Permit entry into ON Semiconductor's facilities, and permit any necessary assistance in accessing and operating all equipment and materials used in the back end of the line of each Accused ON Semiconductor Process, and any Products produced by those processes, including sampling wafers taken at each step of the back end of the line of each Accused ON Semiconductor Process during commercial operation.

### Inspection Request No. 3

Permit entry into ON Semiconductor's facilities, and permit any necessary assistance in accessing and operating the equipment and materials used to test, characterize, or analyze the formation of any oxide layer on wafers during commercial operation of the back end of the line of any Accused ON Semiconductor Process.

                        Respectfully Submitted,

                        */s/ Andrew A. Lundgren*

John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
YOUNG, CONAWAY, STARGATT &
TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801-0391
(302) 571-6600
alundgren@ycst.com

OF COUNSEL

John M. Desmarais
Jon T. Hohenthaner
James E. Marina
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

Edward C. Donovan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

*Attorneys for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor L.L.C.*

Dated: June 10, 2008

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on June 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Karen Jacobs Louden, Esquire [*klouden@mnat.com*]
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on June 10 2008, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Behrooz Shariati, Esquire [*bshariati@jonesday.com*]
> T. Gregory Lanier, Esquire [*tglanier@jonesday.com*]
> Jones Day
> 1755 Embarcadero Road
> Palo Alto, CA 94303

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com