IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, <br><br> Defendants. | Civil Action No. 06-720 (JJF) |
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., <br><br> Defendants. | Civil Action No. 07-449 (JJF) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 28, 2008, copies of *Notice of Subpoena and Rule 30(b)(6) Deposition of Americhem Engineering Services* were served upon the following counsel of record as indicated:

**BY E-MAIL**

Karen Jacobs Louden, Esquire
*kjlefiling@mnat.com*
Richard Bauer, Esquire
*rbauer@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Guadalupe Garcia, Esquire
*gmgarcia@jonesday.com*
Behrooz Shariati, Esquire
*bshariati@jonesday.com*
T. Gregory Lanier, Esquire
*tglanier@jonesday.com*
Cora L. Schmid, Esquire
*cschmid@jonesday.com*
1755 Embarcadero Road
Palo Alto, CA 94303

Additionally, on July 30, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Karen Jacobs Louden, Esquire
*klouden@mnat.com*
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Also, on July 30, 2008, copies of this Notice of Service were served by e-mail on counsel listed above and on the following in the manner indicated:

**BY E-MAIL**

Behrooz Shariati, Esquire
*bshariati@jonesday.com*
T. Gregory Lanier, Esquire
*tglanier@jonesday.com*
1755 Embarcadero Road
Palo Alto, CA 94303

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com

*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.L.C.*

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Jennifer J. Schmidt
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800


Dated: July 30, 2008

3