IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-449 (JJF) |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>  AMERICA GENERAL, L.L.C.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR L.L.C.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ON SEMICONDUCTOR CORP. and<br>SEMICONDUCTOR COMPONENTS<br>INDUSTRIES, L.L.C.,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-720 (JJF) |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (i) *ON Semiconductor's Objections to Samsung's June 19, 2008 Notice of Rule 30(b)(6) Deposition of On Semiconductor* and (ii) *ON Semiconductor's Objections to Samsung's June 27, 2008 Notice of Rule 30(b)(6) Deposition* were caused to be served on July 30, 2008, upon the following counsel in the manner indicated:

| | |
|---|---|
| **BY HAND AND E-MAIL** | **BY E-MAIL** |
| Josy W. Ingersoll | John M. Desmarais |
| John W. Shaw | James E. Marina |
| Andrew A. Lundgren | KIRKLAND & ELLIS |
| YOUNG CONAWAY STARGATT & TAYLOR | 153 East 53rd Street |
| The Brandywine Building | New York, NY  10022 |
| 1000 West Street, 17th Floor | |
| Wilmington, DE  19801 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Richard J. Bauer*

Karen Jacobs Louden (#2881)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
OF COUNSEL:                Wilmington, DE  19899
                           (302) 658-9200
Kenneth R. Adamo           klouden@mnat.com
JONES DAY                  rbauer@mnat.com
2727 North Harwood Street  *Attorneys for ON Semiconductor Corp.*
Dallas, TX  75201-1515     *and Semiconductor Components Industries, L.L.C.*
(214) 220-3939

T. Gregory Lanier
Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939

Jennifer Seraphine
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94941
(415) 626-3939

Dated:  July 30, 2008
1637464

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>John W. Shaw
>Andrew A. Lundgren
>YOUNG CONAWAY STARGATT & TAYLOR

I also certify that copies were caused to be served on July 30, 2008 upon the following in the manner indicated:

### BY HAND AND E-MAIL

>John W. Shaw
>Andrew A. Lundgren
>YOUNG CONAWAY STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

### BY E-MAIL

>John M. Desmarais
>James E. Marina
>KIRKLAND & ELLIS
>153 East 53rd Street
>New York, NY  10022

*/s/ Richard J. Bauer*

Richard J. Bauer (#4828)