# SEALED DOCUMENT

Case 1:07-cv-00449-JJF    Document 176    Filed 08/15/2008    Page 1 of 1