# SEALED DOCUMENT

Case 1:07-cv-00449-JJF    Document 195    Filed 09/02/2008    Page 1 of 1