# SEALED DOCUMENT

Case 1:07-cv-00449-JJF    Document 199    Filed 09/02/2008    Page 1 of 1

# SEALED DOCUMENT

# SEALED DOCUMENT

Case 1:07-cv-00449-JJF    Document 199-3    Filed 09/02/2008    Page 1 of 1