IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-449 (JJF) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA GENERAL, L.L.C., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR L.L.C., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-720 (JJF) |
| v. | ) ) | |
| ON SEMICONDUCTOR CORP. and SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to a confidential settlement agreement, the Parties to the above captioned actions, by their undersigned counsel, hereby stipulate and agree that these actions, including all claims and counterclaims, are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| /s/ *Richard J. Bauer* | /s/ *Andrew A. Lundgren* |
| Karen Jacobs Louden (#2881)<br>Richard J. Bauer (#4828)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rbauer@mnat.com | John W. Shaw (#3362)<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>alundgren@ycst.com |
| OF COUNSEL: | OF COUNSEL: |
| Kenneth R. Adamo<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(214) 220-3939 | John M. Desmarais<br>Jon T. Hohenthaner<br>James E. Marina<br>KIRKLAND & ELLIS LLP<br>153 East 53rd Street<br>New York, NY 10022<br>(202) 446-4800 |
| T. Gregory Lanier<br>Behrooz Shariati<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>(650) 739-3939 | Edward C. Donovan<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, NW<br>Washington, DC 20005-5793<br>(202) 879-5000 |
| Jennifer Seraphine<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94941<br>(415) 626-3939 | |
| *Attorneys for ON Semiconductor Corp. and Semiconductor Components Industries, L.L.C.* | *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America General, L.L.C., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, L.L.C.* |

SO ORDERED this 13 day of March, 2009

_____
Judge Joseph J. Farnan, Jr.